# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Bard IVC Filters Products Liability Litigation<br>This document relates to: | No. MDL 15-2641-PHX DGC |
| Misty Moya,<br>  Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>  Defendants. | CV19-01139-PHX DGC<br><br>**ORDER** |
| Renee M. Murphy,<br>  Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>  Defendants. | No. CV18-03997-PHX DGC<br><br>**ORDER** |
| Paul F. Murphy,<br>  Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>  Defendants. | No. CV19-00561-PHX DGC<br><br>**ORDER** |
| Michael L. Murphy,<br>  Plaintiff,<br>v.<br>C.R. Bard, et al.,<br>  Defendants. | No. CV17-03526-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Therese Murray,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV16-04167-PHX DGC<br><br>**ORDER** |
| Michael Murry,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-04640-PHX DGC<br><br>**ORDER** |
| Cari L. Nasrallah,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01971-PHX DGC<br><br>**ORDER** |
| Latonya R. Nation,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03798-PHX DGC<br><br>**ORDER** |
| Walter E. Nauss,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-01008-PHX DGC<br><br>**ORDER** |
| Aimee Nava,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00578-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Charles A. Nelson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03950-PHX DGC<br><br>**ORDER** |
| Steven Neptune,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03766-PHX DGC<br><br>**ORDER** |
| Joyce Nettles,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03879-PHX DGC<br><br>**ORDER** |
| Pamela E. Newton,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03962-PHX DGC<br><br>**ORDER** |
| Penny L. Nguyen,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04386-PHX DGC<br><br>**ORDER** |
| Patrick K. Nichols,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00562-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Tami L. Niehoff,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03827-PHX DGC<br><br>**ORDER** |
| Reginald R. Norling,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-04431-PHX DGC<br><br>**ORDER** |
| Steven D. Novotny,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03713-PHX DGC<br><br>**ORDER** |
| James L. Olson,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03931-PHX DGC<br><br>**ORDER** |
| David A. Opuh,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04506-PHX DGC<br><br>**ORDER** |
| Jacquelyn L. Ousley,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04476-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Nicole Outlaw,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03882-PHX DGC<br><br>**ORDER** |
| Terry D. Overstreet,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV19-00260-PHX DGC<br><br>**ORDER** |
| Richard M. Owens,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03860-PHX DGC<br><br>**ORDER** |
| Lorean Owens-Wisdom,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-03846-PHX DGC<br><br>**ORDER** |
| Gene P. Owings,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV17-03643-PHX DGC<br><br>**ORDER** |
| Graciela M. Pacheco,<br>　　　　Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>　　　　Defendants. | No. CV18-04379-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Wendy D. Page,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV19-00546-PHX DGC<br><br>**ORDER** |
| Rose J. Palazzo,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03920-PHX DGC<br><br>**ORDER** |
| June P. Palma,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03878-PHX DGC<br><br>**ORDER** |
| Theodore D. Palmisano,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04641-PHX DGC<br><br>**ORDER** |
| Lavada T. Paris,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV17-03520-PHX DGC<br><br>**ORDER** |
| Marvin L. Parker,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-03877-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Betty Pasley,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03963-PHX DGC<br><br>**ORDER** |
| Darlene Pastrana,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01974-PHX DGC<br><br>**ORDER** |
| Gabrielle L. Patterson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-02546-PHX-DGC<br><br>**ORDER** |
| Dwayne Patterson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV19-00547-PHX DGC<br><br>**ORDER** |
| Robert H. Patterson,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV18-03953-PHX DGC<br><br>**ORDER** |
| Luke J. Patula,<br>          Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>          Defendants. | No. CV17-01954-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jenny M. Paul,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV17-03077-PHX DGC<br><br>**ORDER** |
| Betty J. Paxton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>        Defendants. | No. CV16-04198-PHX DGC<br><br>**ORDER** |
| Jack L. Payne,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03933-PHX DGC<br><br>**ORDER** |
| Atiya Payne,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-04583-PHX DGC<br><br>**ORDER** |
| Katrina M. Payne,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-03876-PHX DGC<br><br>**ORDER** |
| Richard Payton,<br>        Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>       Defendants. | No. CV18-01647-PHX DGC<br><br>**ORDER** |

| | |
|---|---|
| Jerry D. Pennington,<br>            Plaintiff,<br>v.<br><br>C.R. Bard, et al.,<br>            Defendants. | No.  CV18-04384-PHX DGC<br><br>**ORDER** |

The Court has considered the stipulation of Dismissal without Prejudice of the above Plaintiffs, Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. Doc. 20668.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs (Doc. 20668) is **granted.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 29th day of October, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge